Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 4

| |
|---|
| Sherrill Inc. dba Vertical Supply Group; Vertical Supply Group, Inc. |
| Plaintiff, |
| v. |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA |
| Defendant. |

SUMMONS 25-00305

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Aaron Marx
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
(202) 624-2751
amarx@crowell.com

Aaron Marx
Digitally signed by Aaron Marx
Date: 2025.11.24 23:07:43 -05'00'

Signature of Plaintiff's Attorney

November 25, 2025

Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025.)