# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

**PLAINTIFF:**
Sherrill Inc. dba Vertical Supply Group et. al.

**ATTORNEY** (*Name, Address, Telephone No.*):
Aaron Marx, Crowell & Moring, LLP
1001 Pennsylvania Ave. NW
Washington, DC 200004
(202) 624-2751

Court No. 25-00305

---

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [✓]

---

### JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal   [ ] Classification   [ ] Charges or Exactions   [ ] Vessel Repairs
[ ] Exclusion   [ ] Liquidation   [ ] Drawback
[ ] Refusal to Reliquidate   [ ] Rate of Duty   [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal   [ ] Classification   [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____   Agency _____

*Federal Register* or *Administrative Determination* Cite(s) _____

Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor   [ ] U.S. Secretary of Commerce   [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)   [ ] Sec. 641(b)(3)   [ ] Sec. 641(c)(1)   [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)   [ ] Sec. 641(d)(2)(B)   [ ] Sec. 499(b)

# JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

- [ ] Classification
- [ ] Valuation
- [ ] Restricted Merchandise
- [ ] Rate of Duty
- [ ] Marking
- [ ] Entry Requirements
- [ ] Drawbacks
- [ ] Vessel Repairs
- [ ] Other: _____

---

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

The Court has jurisdiction under 28 U.S.C. § 1581(i). See V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025).

---

**28 U.S.C. § 1582 - Actions Commenced by the United States**

- [ ] (1) Recover civil penalty under Tariff Act of 1930:
    - [ ] Sec. 592
    - [ ] Sec. 593A
    - [ ] Sec. 641(b)(6)
    - [ ] Sec. 641(d)(2)(A)
    - [ ] Sec. 704(i)(2)
    - [ ] Sec. 734(i)(2)
- [ ] (2) Recover upon a bond
- [ ] (3) Recover customs duties

---

# RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ X ] Decided: | VOS Selections, Inc., et. al. v. Donald Trump, et. al.<br><br>**** | 25-cv-00066 (Ct. Intl. Trade) Affirmed V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025) (decision pending). | Gary S. Katzmann, Judge<br>Timothy M. Reif, Judge<br>Jane A. Restani<br>**** |
| [ ] Pending: | AGS Company Automotive Solutions v. United States Customs and Border Protection et al.<br><br>**** | 25-cv-00255 (Ct. Int'l. Trade) | Gary S. Katzmann, Judge<br>Timothy M. Reif, Judge<br>Jane A. Restani<br>**** |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)