CERTIFICATE OF SERVICE

*Sherrill Inc. dba Vertical Supply Group et al v. United States Customs and Border Protection et al*

CIT Case No. 25-00305

Pursuant to U.S Court of International Trade Rule 5(f), I hereby certify that on December 2, 2025, I served a copy of the Motion to Consolidate by certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Attorney-In-Charge<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, DC 20229 |
| Attorney-In-Charge<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20530 | |

*/s/ Aaron Marx*
Aaron Marx